**Order filed June 2, 2016**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-16-00124-CV
_____

### NAOMI VALDEZ, Appellant

### V.

### TONY EUGENE HAMILTON AND PAULYSSA HAMILTON, Appellees

**On Appeal from the 80th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2014-29966**

## O R D E R

Appellant's brief was due May 9, 2016**.** No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **June 30, 2016**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM